# EXHIBIT 1

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Wisconsin

| | |
|---|---|
| GORDON+HOLMES LLP <br> *Plaintiff* <br> v. <br> GLOBAL IMAGING AQUISITIONS GROUP LLC <br> *Defendant, Third-party plaintiff* <br> v. <br> Gordon+Holmes LLP, Frederic L. Gordon, et al. <br> *Third-party defendant* | Civil Action No. 18-cv-1972-PP |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Rhonda Holmes
Holmes Law Group
1030 La Bonita Drive
Suite 314
San Marcos, CA 92078

    A lawsuit has been filed against defendant  Global Imaging Acquisition, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Gordon & Holmes LLP                .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Nathaniel Cade, Jr.
Cade Law Group LLC, PO Box 170887, Milwaukee, WI 53217
nate@cade-law.com    (414) 255-3811

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Terry E. Johnson
von Briesen & Roeper, s.c., 411 E. Wisconsin Avenue, Suite 1000, Milwaukee, WI 53202

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:    06/10/2019

                                                                                      *CLERK OF COURT*

                                                                              *Signature of Clerk or Deputy Clerk*

Civil Action No. 18-cv-1972-PP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Rhonda Holmes__
was received by me on *(date)* __8/15/2019__.

☒ I personally served the summons on the individual at *(place)* __1030 La Bonita drive Suite 314 San Marcos, CA 92078__ on *(date)* __9/6/2019__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __9-10-19__

*Server's signature*

__Randi Callahan Process server__
*Printed name and title*

CALLAHAN ATTORNEY SERVICES
3268 GOVERNOR DR. #248
SAN DIEGO, CA 92122

Additional information regarding attempted service, etc: